1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   ANTHONY CASTRO, JR.,                    Case No.  1:22-cv-00054-BAM

13              Plaintiff,                   **ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**

14         v.

15   COMMISSIONER OF SOCIAL
     SECURITY,                               (Doc. 2)

16
                Defendant.
17

18

19        Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28

20   U.S.C. § 1915.  Plaintiff has made the showing required by § 1915, and the request to proceed *in*

21   *forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED

22   as follows:

23        1.  Plaintiff's application to procced *in forma pauperis* is GRANTED;

24        2.  The Clerk of the Court is directed to issue new case documents, including the

25            Scheduling Order; and

26        3.  The Clerk of the Court also is directed to issue summons and service shall proceed

27            under the Court's E-Service program, with the Clerk delivering to the Commissioner

28            of Social Security Administration and the United States Attorney's Office at their

1

1

designated email addresses, a notice of electronic filing of the action along with the

2

summons and complaint.

3

4

IT IS SO ORDERED.

5

Dated:   **January 13, 2022**                    /s/ *Barbara A. McAuliffe*              _

6

UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28